UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                                                  Chapter  7

JOEL MAHRE ELNESS,                     BKY Case No.  14-42174 (KHS)
                  Debtor.

_____

**NOTICE OF SETTLEMENT**

To:     The United States Trustee, all creditors and other parties in interest.

On **August 25, 2014**, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

This case was filed on May 21, 2014, and J. Richard Stermer is the bankruptcy trustee appointed in this pending case. The Debtor has the following non-exempt property: (1) Cash, $48.00; (2) Affinity Plus Credit Union checking account balance, $21.25; (3) Affinity Plus Credit Union Savings account balance, $100.00; (4) 2014 Macbook Pro Computer, $850.00; (5) a 14' Trailer valued at $1,500.00, which is partially exempt, $1097.50, and (6) potential 2014 tax refunds (39%), amount unknown. The Debtor and the Trustee have agreed that the Debtor will pay $1,800.00 to the bankruptcy estate to keep the non-exempt property described herein. This payment will be due and payable on or before August 15, 2014. Based upon the uncertainties, and costs involved in liquidating the property, the Trustee believes that this settlement is in the best interest of the bankruptcy estate.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 300 So. 4th St. | 300 So. 4th St. | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated: July 30, 2014.                                        /e/ *J. Richard Stermer*
                                                                         J. Richard Stermer, Trustee
                                                                         202 N 1st Street, P. O. Box 445
                                                                         Montevideo, MN 56265
                                                                         Telephone: (320) 321-1288